UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
GRANT & EISENHOFER, P.A.,

        Plaintiff,

   -against-

BERNSTEIN LIEBHARD, LLP,

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

14 Civ. 9839 (JMF)(AJP)

**ORDER RESCHEDULING SETTLEMENT CONFERENCE**

**ANDREW J. PECK, United States Magistrate Judge:**

      The settlement conference originally scheduled for December 21, 2015 is rescheduled to **December 23, 2015 at 2:30 PM** before Magistrate Judge Andrew J. Peck in Courtroom 20D, 500 Pearl Street.  Counsel attending the conference must have full settlement authority and their client(s) must be present at the conference, as must a representative of the client's insurance company where the decision to settle and/or amount of settlement must be approved by the insurance company.

      On or before December 16, 2015 counsel shall provide a confidential settlement memorandum to my chambers, as described in my prior Order.

      SO ORDERED.

DATED:    New York, New York
              December 15, 2015

_____
**Andrew J. Peck**
United States Magistrate Judge

Copies **by ECF** to:    All Counsel

C:\ORD\